APPEAL No. 1844. ANNA GANTZ *v.* WILLIAM J. HAMES. Plaintiff's motion to assign is granted, and the matter assigned to the current argument list. Joslin, J., not participating. *Aram K. Berberian,* for plaintiff.

APPEAL No. 1863. ADDEO LOAN COMPANY, INC. *v.* PASQUALE MANOCCHIO d/b/a Knight Motors. Plaintiff's motion to dismiss defendant's appeal denied. Joslin, J., not participating. *Gladstone & Zarlenga, B. Lucius Zarlenga,* for plaintiff. *Anthony G. Iannuccillo,* for defendant.

APPEAL No. 1952. SAMUEL CORRADO *et al. v.* PROVIDENCE REDEVELOPMENT AGENCY *et al.* Motion of plaintiffs-appellants for stay or injunction of further proceedings by defendants-appellees pending appeal as prayed is denied. Joslin, J., not participating. *Samuel Corrado,* pro se, for plaintiffs. *Timothy J. McCarthy,* for defendants.

April 27, 1973.

M. P. No. 73-108. *In re* RICHARD DeORSEY. Petition for admission to the bar on a provisional basis denied. Joslin, J., not participating. *Richard DeOrsey,* petitioner, pro se.

M. P. No. 73-119. GEORGE WEAVILL, *Chairman Republican Town Committee of Lincoln v.* STATE BOARD OF ELECTIONS *et al.* The matter having been withdrawn with all parties consenting, the petition for writ of certiorari is denied pro forma. Joslin, J., not participating. *Conrad M. Cutcliffe, Harry W. Asquith,* for petitioner. *Stephen F. Achille,* for State Board of Elections; *Louis E. Azar,* for Board of Canvassers of the Town of Lincoln.